NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACTIVEVIDEO NETWORKS, INC.,**
*Plaintiff-Appellee,*

v.

**VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., AND VERIZON SOUTH INC.,**
*Defendants-Appellants.*

---

2012-1479

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0248, Judge Raymond A. Jackson.

---

**ON MOTION**

---

**ORDER**

Verizon Communications, Inc., Verizon Services Corp., Verizon Virginia Inc., and Verizon South Inc. (collectively "Verizon") respond to the court's August 29, 2012 order and move unopposed to withdraw the appeal.

Upon consideration thereof,

ACTIVEVIDEO NETWORKS v. VERIZON COMMUNICATIONS          2

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. Appeal 2012-1479 is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

OCT 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael J. Lyons, Esq.
    Michael K. Kellogg, Esq.

s25

Issued As A Mandate:    OCT 0 1 2012